NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

19-531

STATE OF LOUISIANA

VERSUS

BENJAMIN L. RHODES

\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR-93-2007
HONORABLE C. KERRY ANDERSON, JUDGE

\*\*\*\*\*\*\*\*\*\*\*

JONATHAN W. PERRY
JUDGE

\*\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, D. Kent Savoie, and Jonathan W. Perry, Judges.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

**James R. Lestage**
**Beauregard Parish District Attorney**
**P.O. Box 99**
**DeRidder, Louisiana 70634**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**


**Cynthia Amos**
**105 North Stewart St.**
**P.O. Box 995**
**DeRidder, LA  70634**
**COUNSEL FOR APPELLANT:**
    **Benjamin L. Rhodes**

**Perry, Judge.**

On April 4, 2007, Defendant, Benjamin L. Rhodes, was charged by bill of information with six counts of felony carnal knowledge of a juvenile, violations of La.R.S. 14:80. On February 14, 2008, Defendant pled guilty to counts one and two, and the remaining four counts were dismissed. On May 5, 2008, Defendant was sentenced to concurrent sentences of three and one-half years at hard labor on each count, with three years of each sentence being suspended. Defendant was placed on three years of supervised probation with certain conditions of probation. Defendant was ordered to comply with the Louisiana Sex Offender Registration Statute upon completion of his probation. On December 7, 2018, Defendant filed a "Motion to Terminate Sex Offender Registration" with the trial court. The trial court denied the motion on April 22, 2019.

On April 30, 2019, Defendant filed a "Petition for Appeal," which was granted on May 1, 2019. On July 22, 2019, the record was lodged. On August 14, 2019, this court issued a rule to show cause why the appeal should not be dismissed as non-appealable. La.Code Crim.P. arts. 912 and 912.1. Defendant was granted one extension and thereafter did not respond to the rule to show cause.

Accordingly, we dismiss Defendant's appeal but will permit him to file a proper application for supervisory writs, in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than thirty days from the date of this decision. Defendant is not required to file an additional notice of intent to seek supervisory review or obtain an order setting return date.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.